```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/5/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MOZELLA MCCOY,

                         **Plaintiff,**          20-CV-04948 (PGG)(SN)

      -against-                                      <u>ORDER</u>

BROOKLYN UNITED METHODIST
CHURCH HOME,

                         **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      The Final Report of the Mediator indicates that court-ordered mediation in this case was held on September 17, 2020, and that agreement was reached on all issues. The parties are directed to file any application for judicial review of the settlement in accordance with <u>Cheeks v. Freeport Pancake House</u>, 796 F.3d 199 (2d Cir. 2015), with Judge Gardephe, no later than October 19, 2020, unless within that time the parties file a Consent to Proceed Before a Magistrate Judge, in which case such a submission should be directed to Judge Netburn.

**SO ORDERED.**

DATED:    New York, New York
              October 5, 2020

                                                    SARAH NETBURN
                                                      United States Magistrate Judge