UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MOZELLA MCCOY,

                                        Plaintiff,                    20-CV-04948 (SN)

                    -against-                                         __ORDER__

BROOKLYN UNITED METHODIST CHURCH
HOME,

                                        Defendant.

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

In this Fair Labor Standards Act case, the parties agreed to the terms of a settlement

in principle and on December 30, 2020, submitted a proposed settlement for the Court's

review pursuant to Cheeks v. Freeport Pancake House, 796 F.3d 199 (2d Cir. 2015). ECF

No. 26. Having reviewed the proposed settlement, the Court determines that it is fair and

reasonable. The settlement is APPROVED, and this action is DISMISSED with prejudice.

Respectfully, the Clerk of Court is directed to terminate the gavel at ECF No. 25 as

moot.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:       January 7, 2021
             New York, New York